```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 22043
   ELVA G BOTTHOF
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5030


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/22/2008 and was not confirmed.

     The case was dismissed without confirmation 11/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE CORP         MORTGAGE NOTI    NOT FILED           .00           .00
US BANK NATIONAL           MORTGAGE NOTI    NOT FILED           .00           .00
GMAC MORTGAGE              CURRENT MORTG         .00            .00           .00
GMAC MORTGAGE              SECURED NOT I     3376.41            .00           .00
AMERICAS SERVICING COMPA   CURRENT MORTG         .00            .00           .00
AMERICAS SERVICING COMPA   SECURED NOT I    34420.75            .00           .00
FDS BANK/BLOOMINGDALES     UNSECURED          129.99            .00           .00
MACYS RETAIL HOLDINGS      UNSECURED          283.03            .00           .00
PIERCE & ASSOCIATES        MORTGAGE NOTI    NOT FILED           .00           .00
AMERICAN HOME MTG SVC      CURRENT MORTG         .00            .00           .00
AMERICAN HOME MTG SVC      MORTGAGE ARRE     4500.00            .00           .00
COUNTRYWIDE HOME LOANS I   MORTGAGE NOTI    NOT FILED           .00           .00
WILSHIRE CREDIT CORPORAT   MORTGAGE NOTI    NOT FILED           .00           .00
SAXON MORTGAGE SERVICES    MORTGAGE NOTI    NOT FILED           .00           .00
COOK COUNTY TREASURER      SECURED              1.00            .00           .00
SAXON MORTGAGE SERVICES    CURRENT MORTG         .00            .00           .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE     2800.00            .00           .00
HOME COMING FUNDING NE     CURRENT MORTG         .00            .00           .00
HOME COMING FUNDING NE     MORTGAGE ARRE    12000.00            .00           .00
HOME COMING FUNDING NE     CURRENT MORTG         .00            .00           .00
HOME COMING FUNDING NE     MORTGAGE ARRE     3300.00            .00           .00
DEUTSCHE BANK/LITTON LOA   MORTGAGE NOTI    NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED        NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00           .00
AMERICAN EXPRESS BANK      UNSECURED         1631.17            .00           .00
AMEX                       UNSECURED        NOT FILED           .00           .00
ASC                        UNSECURED        NOT FILED           .00           .00
CAPITAL ONE                UNSECURED        NOT FILED           .00           .00
CHASE                      UNSECURED        NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED        NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED        NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED        NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED        NOT FILED           .00           .00
DELAWARE PL PRIVATE        UNSECURED        NOT FILED           .00           .00
GEMB                       UNSECURED        NOT FILED           .00           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 22043 ELVA G BOTTHOF
```

```
GEMB QVC                   UNSECURED      NOT FILED              .00           .00
GEMB/WALMART               UNSECURED      NOT FILED              .00           .00
HSBC CARSON                UNSECURED      NOT FILED              .00           .00
WILSHIRE CREDIT CORP       UNSECURED      NOT FILED              .00           .00
ROBBY MCCLURE              NOTICE ONLY    NOT FILED              .00           .00
DEUTSCHE BANK TRUST        CURRENT MORTG        .00              .00           .00
DEUTSCHE BANK TRUST        SECURED NOT I   23952.83              .00           .00
PIERCE & ASSOCIATES        MORTGAGE NOTI  NOT FILED              .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00              .00           .00
COUNTRYWIDE HOME LOANS     SECURED NOT I        .00              .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00              .00           .00
COUNTRYWIDE HOME LOANS     SECURED NOT I    5811.65              .00           .00
CHAD M HAYWARD             DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                           --------------       --------------
TOTALS                            .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE